| Attorney or Party Name, Address, Telephone & FAX numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| RICHARD A. SHAFFER, SB# 97105<br>LAW OFFICES OF RICHARD A. SHAFFER<br>21700 OXNARD STREET, SUITE 430<br>WOODLAND HILLS, CA 91367-3665<br>818-227-5920<br>97105<br>[ ] Individual appearing without counsel<br>[X] Attorney for: SECURED CREDITOR WILSHIRE STATE BANK | FILED<br>JUL - 9 2002<br>CLERK, U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY_____ Deputy Clerk |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: AEROSPACE SOLUTIONS, INC. | CHAPTER: 7 |
|---|---|
| | CASE NO.: SA 02-12847 JB |
| | DATE: N/A<br>TIME: N/A<br>CTRM:<br>FLOOR: |
| Debtor(s). | ENTERED JUL 10 2002 |

LODGED 02 JUL -8 PH 2:00 CLERK U.S. BANKRUPTCY COURT CALIFORNIA

**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**
**UNDER 11 U.S.C. § 362 (Personal Property)**
**(MOVANT: WILSHIRE STATE BANK                        )**

1. The Stay Motion was:    [ ] Contested    [ ] Uncontested    [X] Settled by stipulation

2. The Stay Motion affects the following:

   [ ] Vehicle *(describe year, manufacturer, type and model)*:
       Vehicle Identification Number:
       Location of vehicle (if known):

   [ ] Equipment *(describe manufacturer, type, and characteristics)*:
       Serial number(s):
       Location (if known):

   [X] Other Personal Property *(describe type, identifying information, and location)*: ALL INVENTORY, CHATTEL PAPER, ACCOUNTS, EQUIPMENT AND GENERAL INTANGIBLES, WHEREVER LOCATED
   [X] See Exhibit 1 attached to this Order.

3. The Motion is granted under:    [X] 11 U.S.C. § 362(d)(1)    [X] 11 U.S.C. § 362(d)(2)

4. As to Movant, its successors, transferees and assigns ("Movant"), the stay of 11 U.S.C. § 362(a) is:

   a. [X] Terminated as to Debtor and Debtor's bankruptcy estate.
   b. [ ] Annulled retroactively to the date of the bankruptcy petition filing.
   c. [ ] Modified or conditioned as set forth in Exhibit _____ to this Order.

**ORIGINAL**

*(Continued on next page)*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

Revised November 1999

**351PP**

38- HAN

Order Granting Relief from Stay (Personal Property) - *Page 2 of* 4  **351PP**

| In re  (SHORT TITLE)  AEROSPACE SOLUTIONS, INC.  Debtor(s). | CHAPTER: 7  CASE NO.: SA 02-12847 JB |
|---|---|

5. [X] Movant may enforce its remedies to repossess or otherwise obtain possession and dispose of the Property in accordance with applicable non-bankruptcy law, but may not pursue any deficiency claim against the Debtor(s) or property of the estate except by filing a Proof of Claim pursuant to 11 U.S.C. § 501.

6. [ ] Movant shall not repossess the Property before the following date *(specify)*:

7. [ ] Any post-petition acts taken after the effective date of this Order by Movant to enforce its remedies, in accordance with applicable non-bankruptcy law, against the Debtor(s) or property of the estate shall not constitute a violation of the stay in this bankruptcy case.

8. [ ] The stay shall remain in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this Order.

9. ~~[X] This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.~~

10. This Court further orders as follows:

  a. ~~[X] This Order shall be binding and effective in any bankruptcy case commenced by or against the Debtor(s) for a period of 180 days from the hearing of this Motion.~~

  b. [X] The 10-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

  c. [ ] See Extraordinary Relief Attachment *(Use Optional Form 351ER)* for additional provisions.

  d. [ ] See attached continuation page for additional provisions.

Dated: JUL 09 2002

United States Bankruptcy Judge
JAMES N. BARR

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

Revised November 1999                                                                 **351PP**

# COLLATERAL DESCRIPTION

The following is an excerpt from Page 1 of the Security Agreement dated October 6, 1997 executed by Debtor Aerospace Solutions, Inc. in favor of Wilshire State Bank as secured party:

**Collateral.** The word "Collateral" means the following described property of Grantor, whether now owned or hereafter acquired, whether now existing or hereafter arising, end wherever located:

> All Inventory, chattel paper, accounts, equipment and general intangibles

In addition, the word "Collateral" includes all the following, whether now owned or hereafter acquired, whether now existing or hereafter arising, and wherever located:

(a) All attachments, accessions, accessories, tools, parts, supplies, increases, and additions to and all replacements of and substitutions for any property described above.

(b) All products and produce of any of the property described in this Collateral section.

(c) All accounts, general intangibles, instruments, rents, monies, payments, and all other rights, arising out of a sale, lease, or other disposition of any of the property described in this Collateral section.

(d) All proceeds (including insurance proceeds) from the sale, destruction, loss, or other disposition of any of the property described in this Collateral section.

(e) All records and data relating to any of the property described in this Collateral section, whether in the form of a writing, photograph, microfilm, microfiche, or electronic media, together with all of Grantor s right, title, and interest in and to all computer software required to utilize, create, maintain, and process any such records or data on electronic media.

# EXHIBIT 1

| In re (SHORT TITLE) | CHAPTER: 7 |
|---|---|
| AEROSPACE SOLUTIONS, INC. | |
| Debtor(s). | CASE NO.: SA 02-12847 JB |

## NOTICE OF ENTRY OF JUDGMENT OR ORDER
## AND CERTIFICATE OF MAILING

**TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:**

1. You are hereby notified, pursuant to Local Bankruptcy Rule 9021-1, that an ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (in whole or in part) was entered on *(specify date)*:

   JUL 10 2002

2. I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment to the persons and entities on the attached service list on *(specify date)*:

   JUL 10 2002

Dated:

JUL 10 2002

Jon D. Ceretto
Clerk of the Bankruptcy Court

By: **D. HANAVAN**
Deputy Clerk

| | |
|---|---|
| 1 | SERVICE LIST |
| 2 | |
| 3 | Debtor |
| | Aerospace Solutions, Inc. |
| 4 | 1006 W. Hoover |
| | Orange, CA 92867 |
| 5 | |
| | Chapter 7 Trustee |
| 6 | Richard A. Marshack, Esq. |
| | Marshack Shulman Hodges & Bastian |
| 7 | 26632 Towne Centre Drive |
| | Suite 300 |
| 8 | Foothill Ranch, CA 92610-2808 |
| 9 | |
| | Attorney for Debtor |
| 10 | Michael B. Reynolds, Esq. |
| | Snell & Wilmer |
| 11 | 1920 Main Street |
| | Suite 1200 |
| 12 | Irvine, CA 92614 |
| 13 | Attorney for Wilshire State Bank |
| | Richard A. Shaffer, Esq. |
| 14 | Law Offices of Richard A. Shaffer |
| | 21700 Oxnard Street |
| 15 | Suite 430 |
| | Woodland Hills, CA 91367-3665 |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

-1-
Proof of Service